# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 21, 2019

## NO. 03-18-00741-CR

**Sidney Lee Snyder, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE 207TH DISTRICT COURT OF COMAL COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES KELLY AND SMITH
## DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE SMITH

This is an appeal from the judgment of conviction entered by the trial court. Sidney Lee Snyder has filed a motion to dismiss the appeal. Therefore, the Court grants the motion, allows Sidney Lee Snyder to withdraw his notice of appeal, and dismisses the appeal. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.